UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80397-CIV-MARRA/JOHNSON

NICOLE C. SEROPIAN, individually and
as parent and natural guardian for KATHERINE
ELIZABETH SEROPIAN, a minor, and SARAH
LUCINE SEROPIAN, a minor,

    Plaintiffs,

vs.

WACHOVIA BANK, N.A.,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon Defendant Wachovia Bank N.A.'s Motion for Sanctions. (DE 86). The motion is fully briefed and ripe for review.[1] The Court has carefully considered the briefing and is otherwise fully advised in the premises.

Defendant moves for an order sanctioning Plaintiffs and their counsel under Rule 11 of the Federal Rules of Civil Procedure and Florida Statue § 57.105. Defendant argues that "the claims asserted in the Verified Third Amended Complaint ('Complaint') are not warranted by existing law and/or the factual contentions asserted therein are without evidentiary support and will not have evidentiary support after a reasonable opportunity for further investigation or

---

[1] On March 11, 2011, this Court granted Defendant's motion for an extension of time to file its reply memorandum, permitting Defendant to file its reply by March 15, 2011. (DE 98). A review of the docket shows that Defendant never filed its reply.
   On March 16, 2011, this Court granted Plaintiffs' motion for leave to file supplemental materials in support of its February 28, 2011 response memorandum. (DE 100). A review of the docket shows that Plaintiffs never filed their supplemental materials.

discovery and/or for asserting and maintaining claims that are not supported by the material facts or the application of then-existing law."

The Court finds that Defendant's motion is premature.  The Court has not yet ruled on Defendant's pending motion to dismiss the Third Amended Complaint, the discovery-cutoff deadline is not until May 15, 2011, and the parties have until June 15, 2011 to submit summary-judgment motions. It is therefore premature to determine whether Plaintiffs' claims are without evidentiary or factual support.  Accordingly, the Court will deny Defendant's motion without prejudice to Defendant reasserting the same arguments at an appropriate time in this litigation.

It is hereby ORDERED AND ADJUDGED that Defendant Wachovia Bank N.A.'s Motion for Sanctions (DE 86) is DENIED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of March, 2011.

_____
KENNETH A. MARRA
United States District Judge

Copies to:
Counsel of record

2